# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO



VICTOR MANUEL VALLE-LASSALLE

      VS.                                        **CIVIL NO.** 06-1027 **(JAF)**

UNITED STATES OF AMERICA         **Criminal No. 97-284 (JAF)**

| **DESCRIPTION OF MOTION** ||
|---|---|
| DATE FILED:     DOCKET:<br>[] Plffs.       [] Defts. | TITLE: |
| **- O R D E R -** ||
| After having reviewed the Magistrate-Judge's Report and Recommendation, Docket Document No. 7, and Petitioner's reply and objection, Docket Document Nos. 15 & 16, the court **ADOPTS** the Magistrate's Report and **ORDERS** the summary dismissal of this case pursuant to Rule 4 of the Rules Governing Section 2255 Appeals in United States District Courts. ||
| Judgment to enter accordingly. ||
| **IT IS SO ORDERED.** ||

April 3, 2006                              S/José Antonio Fusté
   Date                                            José Antonio Fusté
                                                        Chief U.S. District Judge