UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

VICTOR MANUEL VALLE-LASSALLE,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

Civil No. 06-1027 (JAF)

(Criminal No. 97-284)

**O R D E R**

Petitioner, Víctor Manuel Valle-Lassalle, requests a certificate of appealability from this court to appeal our dismissal on April 5, 2006, of his 28 U.S.C. § 2255 petition. See 28 U.S.C. § 2253(c)(2) (1996).

A certificate of appealability may be granted only upon a substantial showing of the denial of a constitutional right. 28 U.S.C. §§ 2253(c)(2) and (3) (1996). Upon reviewing the record, we find Petitioner's claim entirely insubstantial for the reasons stated in our Order of April 5, 2006, Docket Document No. 17, adopting the Magistrate-Judge's Report and Recommendation of February 9, 2006, Docket Document No. 7. Accordingly, we **DENY** Petitioner's request for a certificate of appealability, Docket Document No. 21.

**IT IS SO ORDERED**.

San Juan, Puerto Rico, this 12th day of July, 2006.

                                              S/José Antonio Fusté
                                              JOSE ANTONIO FUSTE
                                          Chief U. S. District Judge